**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| CRAIG BRADSHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:21-cv-125 |
| | ) | |
| CST INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Craig Bradshaw and Defendant CST

Industries, Inc. hereby stipulate to the dismissal of the above captioned case, with prejudice, each

party to bear his or its own costs and attorneys' fees.

Respectfully submitted,

/s/ Lewis M. Galloway
Lewis Galloway    Missouri Bar No. 52417
LG Law LLC
1600 Genessee St Ste 918
Kansas City, MO 64102
Phone: (816) 442-7002
lewis@lglawllc.com

ATTORNEY FOR PLAINTIFF

/s/ Ben A. McMillen
Ben A. McMillen
Courtney N. Steelman
Husch Blackwell LLP
4801 Main St Ste 1000
Kansas City, MO 64112
Phone: (816) 283-4647
ben.mcmillen@huschblackwell.com
courtney.steelman@huschblackwell.com

ATTORNEYS FOR DEFENDANT